Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

Michael R. PRIMUS, Sr., Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent

No. 34 EM 2017

Supreme Court of Pennsylvania.

May 2, 2017

### ORDER

PER CURIAM

**AND NOW**, this 2nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

Billy T. GATEWOOD, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY and Philadelphia District Attorney's Office, Respondents

No, 25 EM 2017

Supreme Court of Pennsylvania.

May 2, 2017

### ORDER

PER CURIAM

**AND NOW**, this 2nd day of May, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus, to the extent it seeks an order directing the common pleas court to adjudicate Petitioner's pending matter, are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

Darien HOUSER, Petitioner

v.

CITY OF PHILADELPHIA, Ramsey, S. Williams, Young, Kralle, Grossman, Cameron, Burk, Glica, Harris, Cadden, Cruz: Defendants Sued in Individual and Official Capacity, Respondents

No. 18 EM 2017

Supreme Court of Pennsylvania.

May 2, 2017

### ORDER

PER CURIAM

**AND NOW**, this 2nd day of May, 2017, the Application for Leave to File Original Process and the Motion for Leave to File a Response, to the extent it seeks leave to respond to the Commonwealth's no answer

letter, are **GRANTED**. The Petition for Writ of Mandamus and Extraordinary Relief and the Application for a Hearing are **DENIED**.